DANIEL G. BOGDEN
United States Attorney
District of Nevada

JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8825
Facsimile: (415) 744-0134
E-Mail: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERENCE RADFORD VIERNES,<br><br>    Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:14-cv-1541-GMN-PAL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

      Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Request for Review of Hearing Decision, due on February 2, 2015, by 30 days, through and including March 4, 2015.

      An extension of time is needed in order to prepare Defendant's response. In addition, this case was recently assigned to undersigned counsel. This request is made in good faith with no intention to unduly delay the proceedings.

-2-

Counsel for Defendant conferred with Plaintiff's counsel, who have no opposition to this motion, on January 30, 2015.

Respectfully submitted on February 2, 2015.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Jennifer Lee Tarn*
        JENNIFER LEE TARN
        Special Assistant United States Attorney


OF COUNSEL:

DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Marcelo N. Illarmo, Assistant Regional Counsel
Office of the General Counsel
Social Security Administration


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 2, 2015