UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERENCE RADFORD VIERNES, ) <br> ) <br>         Plaintiff, ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br>         Defendant. ) <br> ) | Case No.: 2:14-cv-1541-GMN-PAL <br><br> **ORDER** |

      Pending before the Court is the Report and Recommendation of United States Magistrate Judge Peggy A. Leen (ECF No. 24), entered on November 30, 2016.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, no objections were filed, and the deadline to do so has passed.

      Accordingly,

1    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 24) is
2    **ACCEPTED and ADOPTED in full**.
3    **IT IS FURTHER ORDERED** that Plaintiff Terence Radford Viernes' Motion to
4    Remand (ECF No. 12) is **DENIED**.
5    **IT IS FURTHER ORDERED** that Defendant Acting Commissioner Carolyn W.
6    Colvin's Cross-Motion to Affirm (ECF No. 16) is **GRANTED**.
7    The Clerk of Court shall enter judgment accordingly and close the case.

9    **DATED** this  22  day of December, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court